**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 176 MM 2018
                                             :
             Respondent             :
                                             :
                                             :
                      v.                   :
                                           :
                                           :
DOUGLAS GIBBONEY,              :
                                             :
             Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of January, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Petitioner has 30 days from this order in which to submit a Petition for Allowance of Appeal.